Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
28, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 28, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00556-CV

____________

 

IN RE SCOTT VAN DYKE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
23, 2009, relator, Scott Van Dyke, filed a petition for writ of mandamus in
this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of
Harris County, to vacate her May 4, 2009 order denying his motion for entry of
judgment nunc pro tunc and her June 22, 2009 order denying his motion for entry
of judgment in accordance with this court=s opinion.  








Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus and
lift the stay issued on June 24, 2009.  

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Guzman.